IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDDIE AGUILERA,

    Plaintiff,

v.                                                                  CV No. 19-280 JAP/CG

DAVID GONZALES, and
J. OGUINN,

    Defendants.

## ORDER GRANTING MOTION TO VACATE AND RESET

**THIS MATTER** is before the Court on Defendants' *Motion to Vacate and Reset the Rule 16 Scheduling Conference*, (Doc. 29), filed August 9, 2019. In the Motion, Defendants' counsel explains a conflict prevents him from participating in the parties' Rule 16 Scheduling Conference on September 5, 2019. (Doc. 29 at 1). Having reviewed the Motion, the Court finds it is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the September 5, 2019 Telephonic Rule 16 Scheduling Conference is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference is hereby reset for **September 12, 2019 at 2:00p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter Access Code 7467959, to be connected to the proceedings.

The other deadlines in the Court's *Initial Scheduling Order*, (Doc. 28), remain unchanged.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE