**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDDIE AGUILERA,

    Plaintiff,

v.                                                                     CV No. 19-280 JAP/CG

DAVID GONZALES, and
J. OGUINN,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference and following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 35), filed August 28, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 40).

                                                                _____
                                                                 THE HONORABLE CARMEN E. GARZA
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE