## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

EDDIE AGUILERA,

    Plaintiff,

v.                                                              CV No. 19-280 JAP/CG

DAVID GONZALES, and
J. OGUINN,

    Defendants.

## ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT

**THIS MATTER** is before the Court on Plaintiff Eddie Aguilera's *Motion for Extension of Time* (the "Motion"), (Doc. 37), filed September 12, 2019. In his Motion, Plaintiff requests an extension of time to file his initial disclosures. (Doc. 37 at 1). However, shortly after Plaintiff filed his Motion, he produced his initial disclosures. (Doc. 38). As a result, the Court finds Plaintiff's *Motion for Extension of Time*, (Doc. 37), shall be **DENIED AS MOOT**.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE